# LEWIS JOHS
Lewis Johs Avallone Aviles, LLP

Counsellors at Law

March 14, 2013

Honorable Arlene R. Lindsay
United States Magistrate Judge
United States District Court
Eastern District of New York
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451

Re: Jose Melvin Ochoa v. Ruvo Restaurant Group, LLC d/b/a Ruvo Restaurant, et. al.
Civil Action No.: 13-cv-1205 (JS) (ARL)

Dear Magistrate Lindsay:

I represent all Defendants in connection with the referenced action and write pursuant to Section 1.D. to Your Honor's Individual Practice Rules to request an extension of the time for all Defendants to answer, move or otherwise respond to the First Amended Complaint (the "Amended Complaint") filed by Plaintiff herein on March 12, 2013 (Dkt. No. 6). A responsive pleading is currently due by April 3, 2013. I conferred today with Troy L. Kessler, Esq., the attorney for Plaintiff and he consented to extend the time for all Defendants to answer, move or otherwise respond to the Amended Complaint to May 13, 2013. I request that the Court grant Defendants' request for an extension.

Respectfully submitted,

*James F. Murphy*

James F. Murphy
jfmurphy@lewisjohs.com
*Islandia Office*
JFM:en

Enclosure

Mark R. Aledort
Patrick Aurilia
Robert J. Avallone
Deborah A. Aviles
Daniel A. Bartoldus
Amy E. Bedell
Claudia L. Boyd
Anne M. Bracken
Dylan C. Braverman
Brian Brown
Joseph M. Charchalis
Robert J. Cimino
Michael T. Colavecchio
Maggie F. Cowley
Robert M. D'Angelillo
Thomas J. Dargan
Rebecca K. Devlin
Robert W. Doyle, Jr.
David W. Fink
Elizabeth A. Fitzpatrick
Carl A. Formicola
Jennifer M. Frankola
Lawrence J. Freeze
Stacey E. Gorny
Brian J. Greenwood
John J. Halleron III
Christine B. Hickey
Tara M. Higgins
John E. Horan
Frederick C. Johs
Ann K. Kandel
Jason T. Katz
Jessica Klotz
Bryan F. Lewis
William J. Lewis
Eileen H. Libutti
Judith N. Littman
Raymond M. Loew
Edward G. Lukoski
Timothy P. Manning
Daniel W. McCally
Laurence G. McDonnell
Kevin G. Mescall
David L. Metzger
Michael Milchan
Greg M. Mondelli
James F. Murphy
Jeffrey M. Pincus
F. Sean Rooney
Martin K. Rowe
John B. Saville
Ellen N. Savino
Theresa Scotto-Lavino
Matthew D. Shwom
Adam H. Silverstone
Paul R. Varriale