AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Eastern__ District of __New York__

Jose Melvin Ochoa, on behalf of himself et al.
                                Plaintiff(s),
        V.
Ruvo Restaurant Group LLC d/b/a Ruvo
                                Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:13-cv-01205 (JS)(ARL)

Notice is hereby given that, subject to approval by the court, __All Defendants__ substitutes
                                                                (Party (s) Name)

__James E. McGrath, III, Esq.__, State Bar No. _____ as counsel of record in
        (Name of New Attorney)

place of __Lewis Johs Avallone Aviles__.
         (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Putney Twombly Hall & Hirson LLP |
| Address: | 521 Fifth Avenue, New York, New York 10175 |
| Telephone: | (212) 682-0020    Facsimile (212) 682-9380 |
| E-Mail (Optional): | jmcgrath@putneylaw.com |

I consent to the above substitution.
Date: May 31, 2013
                                                        _____
                                                        (Signature of Party (s))

I consent to being substituted.
Date: May 31, 2013
                                                        _____
                                                        (Signature of Former Attorney (s))

I consent to the above substitution.
Date: May 31, 2013
                                                        _____
                                                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                                _____
                                                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]